**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. 06-00286-CG** |
| | ) | |
| **GEARY HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter came on for an evidentiary hearing on the defendant's motion to suppress evidence obtained from the search conducted on January 26, 2007.  (Doc. 25)

Based on the evidence and testimony presented, the court made oral facutal findings at the conclusion of the hearing and further found that the search was constitutional and the items found during the search are not subject to suppression.  Therefore, the defendant's motion to suppress is hereby **DENIED**.

**DONE and ORDERED** this 26th day of March, 2006.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE